# EXHIBIT A

*16-818647-

DATE RECEIVED

AUG 2 2 2017

(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
TORT - MOTOR VEHICLE TORT - CONTRACT -
EQUITABLE RELIEF - OTHER)

## COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.                                             SUPERIOR COURT
                                                         CIVIL ACTION
                                                         NO. 1782CV00147

Anthony Lyndon Benjamin, *Plaintiff(s)*

v.                                                       A TRUE COPY ATTEST
                                                         DEPUTY SHERIFF
Orlans PC, *Defendant(s)*  Middlesex County
                                                         6/23/17
                                                         DATE OF SERVICE

### SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Anthony Lyndon Benjamin plaintiff's attorney, whose address is 10 Lothrop Ave Milton, ma 02186, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

JUDITH FABRICANT, Esquire

WITNESS, _____, at _____ the _____

day of _____, in the year of our Lord two thousand and _____

                                                         _____ *Clerk.*

NOTES:
1. This summons is issued pursuant to Rules 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each such defendant, each should be addressed to the particular defendant.

F-33

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on .........................................., 20     , I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5):

..................................................................................................................................................
..................................................................................................................................................
..................................................................................................................................................

Dated:                          , 20      ........................................................................................

**N. B.  TO PROCESS SERVER:-**
**PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

|  |
|---|
| , 20 |

---

COMMONWEALTH OF MASSACHUSETTS
NORFOLK, ss.

SUPERIOR COURT
CIVIL ACTION

NO. .............................

......................, *Plaintiff*

v.

......................, *Defendant*

SUMMONS
(Mass. R. Civ. P.4)

COMMONWEALTH OF MASSACHUSETTS

Department

NORFOLK, ss.

Superior Court

Civil Action 1782CV00147

No.

Anthony Lydon Benjamin,

        Plaintiff

   v.

Fremont Investment & Loan

Litten Loan Servicing LP

Ocwen Loan Servicing LLC

COMPLAINT

    1. On or about September 23, 2005, I obtained a loan for a home mortgage at 10 Lothrop Avenue Milton MA 02186 Loan #926000182764 with Fremont Loan. I was told that the property was worth much more than I paid and furthermore that after three months I could refinance and lower my payments. I was also told I could take money out of the loan for home repairs.

    2. On or about November 17, 2016, Ocwen, then holder of a mortgage on a property located at 10 Lothrop Avenue, Milton, MA improperly foreclosed on said property without due process or notification.

    3. Ocwen, its assigns, nominees, or legal counsel never provided any notice of the foreclosure sale written or oral.

    4. The property was in the modification process and I, Mr. Benjamin, had submitted a loan package with all the documents requested by the lender. Subsequently, I was advised there were documents missing. I submitted these documents a second time. I never received any communication or correspondence on the modification.

5. I requested a statement of account from the mortgage holder to determine how three payments, requested by the lender and paid by me, were applied. I never received a a response to my request.

6. Under MGL 93A all lenders associated with this transaction acted in bad faith and engaged in unfair and deceptive trade practices by providing mis- or no information, levying fees, and implementing egregious and predatory interest rates outside of the agreed contract.

7. Fremont Investment and Loan, Inc., Litten Loan Servicing, Inc., and Ocwen Loan Servicing, Inc., received mortgage payments on my account but failed to properly account for same.

Based on the foregoing complaint, I am filing the attached motion for the court's consideration and appropriate action as the court pleases.

Anthony Lydon Benjamin
10 Lothrop Avenue
Milton, MA 02186

COMMONWEALTH OF MASSACHUSETTS

Superior Court Department

NORFOLK, ss.

No.

Civil Action 1782CV00147

Anthony Lydon Benjamin,

    Plaintiff

v.

Fremont Investment & Loan

Litten Loan Servicing LP

Ocwen Loan Servicing LLC

Remedy

1. Plaintiff seeks damages in the amount of $700,000.
2. Plaintiff seeks rescission of most recent foreclosure judgement by the land court date of November 17, 2016.
3. Plaintiff seeks order from the court compelling the mortgage holder/lender to negotiate in good faith and develop an affordable plan to resolve the current mortgage delinquency.
4. To cease eviction and/or foreclosure action until good faith efforts by both sides can be processed towards a mutually acceptable solution.
5. To cease and desist from any interference with the occupants/owners peaceful use and enjoyment of the property.

Anthony Lydon Benjamin
10 Lothrop Avenue
Milton, MA 02186

*[signature]*

I certify that I served a copy of the attached materials on the Parties listed below by causing them to be placed in first class mail, postage prepaid, addressed as follows:

FREMONT INVESTMENT AND LOAN
2727 EAST IMPERIAL HIGHWAY
BREA CA 92821

HSBC CT CORPORATIONS SYSTEMS
155 FEDERAL STREET
SUITE 700
BOSTON MA 02110

LITTON LOAN SERVICING LP
C/O CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD SUITE 400
WILMINGTON, DE 19808

OCWEN LOAN SERVICING LLC
C/O CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD SUITE 400
WILMINGTON, DE 02110

HSBC BANK USA, NATIONAL ASSOCIATION
P.O. BOX 9068
BRANDON, FL 33509

on this 31 day of July month, 2017.
Date: 7-31-2017   Signature: [signature]

7016 2070 0000 3173 5660
CERTIFIED MAIL