# EXHIBIT B

Print page 1 of 1

## Click on the Column Headings to sort accordingly.
## Click on the Parcel ID to view the parcel detail.

| Parcel ID | Location | Owner | Built Type | Total Value | Beds Baths | Lot size Fin area | LUC Description | NHood | Sale date Sale price | Book Page |
|---|---|---|---|---|---|---|---|---|---|---|
| C 14 21 | 10 LOTHROP AV | BENJAMIN LYNDON | 1926 OLD STYLE | $387,800 | 4 1 | 4,350 1,536 | 101 ONE FAM | 24 | 9/26/2005 $426,000 | 22934-25 |

Print page 1 of 1