UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY LYDON BENJAMIN,
    Plaintiff,

v.

CIVIL ACTION NO.
17-11727-PBS

FREMONT INVESTMENT & LOAN;
LITTON LOAN SERVICING, LP; and
OCWEN LOAN SERVICING, LLC,
    Defendants.

## REPORT AND RECOMMENDATION RE: DEFENDANTS OCWEN LOAN SERVICING, LLC AND LITTON LOAN SERVICING, LP'S MOTION TO DISMISS THE COMPLAINT (DOCKET ENTRY # 8)

August 6, 2018

BOWLER, U.S.M.J.

    Pending before this court is a motion to dismiss filed by defendants Ocwen Loan Servicing, LLC ("Ocwen") and Litton Loan Servicing, LP ("Litton").[1] (Docket Entry # 8). Plaintiff opposes the motion. (Docket Entry # 23). After conducting a hearing, this court took the motion (Docket Entry # 8) under advisement.

### PROCEDURAL BACKGROUND

    Plaintiff initially filed a complaint in Massachusetts Superior Court (Norfolk County) ("Superior Court") alleging

---

[1] Ocwen, Litton, and defendant Fremont Investment & Loan ("Fremont") note that plaintiff Anthony Lydon Benjamin ("plaintiff") improperly identifies Litton in the complaint as "Litten Loan Servicing, LP." (Docket Entry # 8).

---

*[Handwritten margin note:] 8/22/18 I adopt the report and recommendation without objection. [signed] Paul B Saris*