UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY LYDON BENJAMIN,
    Plaintiff,

v.                               CIVIL ACTION NO.
                                  17-11727-PBS

FREMONT INVESTMENT & LOAN;
LITTON LOAN SERVICING, LP; and
OCWEN LOAN SERVICING, LLC,
    Defendants.

**REPORT AND RECOMMENDATION RE:
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DOCKET ENTRY # 28);
PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT
(DOCKET ENTRY # 31)**

**January 7, 2020**

**BOWLER, U.S.M.J.**

    Pending before this court is a motion for summary judgment filed by defendants Ocwen Loan Servicing, LLC ("Ocwen") and Litton Loan Servicing, LP ("Litton") (collectively "defendants") (Docket Entry # 28). Plaintiff Anthony Lydon Benjamin ("plaintiff") opposes the motion. (Docket Entry # 31). After a hearing, this court took defendants' motion (Docket Entry # 28) under advisement. Plaintiff's cross motion for summary judgment (Docket Entry # 31) is also ripe for review.

<u>PROCEDURAL HISTORY</u>

    On February 1, 2017, plaintiff filed a pro se complaint in Massachusetts Superior Court (Norfolk County) alleging misconduct by Ocwen, Litton, and defendant Fremont Investment &

*[Handwritten margin notes:]* Saris PBS 11/28/20 I adopt the report and recommendation w/ out objection.